| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>LAW OFFICE OF PETER BIBRING<br>Peter Bibring SBN 223981<br>2210 W. Sunset Blvd. #203<br>Los Angeles, CA 90026<br>TELEPHONE NO: (213) 471-2022    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: peter@bibringlaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California (Santa Ana)<br>411 W. Fourth Street<br>Santa Ana, CA  92701 | |

| PLAINTIFF / PETITIONER:  ISAAC E. AMBRIZ<br>DEFENDANT / RESPONDENT:  CITY OF RIVERSIDE, et al. | CASE NUMBER:<br>8:26-cv-1522-JWH-(PVCx) |
|---|---|
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>16335170 (28715641) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties, Summons, Notice of Reassignment to District Judge and Referral Magistrate Judge, Standing Order

2. Party Served:                CITY OF RIVERSIDE, a municipal entity

3. Person Served:             Person Authorized to Accept Service of Process

4. Left With:                    Rian Oke - Person in Charge

5. Date & Time of Delivery:        July 14, 2026 at 2:25 pm PDT

6. Address, City and State:        3900 Main St 7th floor Riverside, CA, 92501

7. Manner of Service:          By leaving the copies with or in the presence of Rian Oke, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $125.00

Registered California process server.
Stephen Stevens
County: Riverside
Registration No.: 002173

InfoTrack US, Inc. - P000634
5341 Old Redwood Highway, Suite 310
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Stephen Stevens

Date: July 16, 2026

---

**PROOF OF SERVICE**

1 of 1
Order #28715641

MC-031

| PLAINTIFF / PETITIONER:   ISAAC E. AMBRIZ | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT:   CITY OF RIVERSIDE, et al. | 8:26-cv-1522-JWH-(PVCx) |

## DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

Party Served: CITY OF RIVERSIDE, a municipal entity

1) Successful Attempt: Jul 14, 2026, 2:25 pm PDT at Business: 3900 Main St 7th floor, Riverside, CA 92501 received by Rian Oke. Age: 26–35; Ethnicity: Hispanic; Gender: Male; Weight: 150–174 lbs; Height: 5'8"–5'11"; Hair: Brown; Eyes: Brown; Relationship: Person in Charge;

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   July 16, 2026

Stephen Stevens
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* Process Server

| Form Approved for Optional Use | **ATTACHED DECLARATION** | Page 1 of 1 |
|---|---|---|
| Judicial Council of California | | |
| MC-031 [Rev.July 1, 2005] | | |

MC-031

| PLAINTIFF / PETITIONER:    ISAAC E. AMBRIZ | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT:    CITY OF RIVERSIDE, et al. | 8:26-cv-1522-JWH-(PVCx) |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 5341 Old Redwood Highway, Suite 310, Petaluma, CA  94954.

On 7/15/2026, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Civil Case Cover Sheet, Certification and Notice of Interested Parties, Summons, Notice of Reassignment to District Judge and Referral Magistrate Judge, Standing Order

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

CITY OF RIVERSIDE, a municipal entity

3900 Main St, 7th floor
Riverside, CA 92501

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:    7/15/2026

Kendall Holmes

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* InfoTrack US, Inc.

| Form Approved for Optional Use | **ATTACHED DECLARATION** | Page 1 of 1 |
|---|---|---|
| Judicial Council of California | | |
| MC-031 [Rev.July 1, 2005] | | |