JAMES ALLEN JOHNSON, City Attorney, SBN 234962
REBECCA L. MCKEE-REIMBOLD, Assistant City Attorney,SBN 279485
HEATHER K. GRAY, Sr. Deputy City Attorney, SBN 222918
AISHA C. NOVASKY, Deputy City Attorney, SBN 328120
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone: (951) 826-5567
Facsimile: (951) 826-5540
anovasky@riversideca.gov
blue@riversideca.gov

Attorneys for Defendant CITY OF RIVERSIDE,
a California charter city and municipal corporation
(erroneously sued as CITY OF RIVERSIDE, a municipal entity)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC E. AMBRIZ<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RIVERSIDE, a municipal entity; and DOES 1 to 2, in their individual capacity,<br><br>Defendants. | Case No.: 8:26-CV-1522-JWH<br><br>**JOINT STIPULATION TO DISMISS FIRST CAUSE OF ACTION AND STRIKE REQUEST FOR PUNITIVE DAMAGES AGAINST DEFENDANT CITY OF RIVERSIDE**<br><br>Complaint Filed: June 15, 2026<br>Trial Date:      None Set |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff ISAAC AMBRIZ, ("Plaintiff") and Defendant CITY OF RIVERSIDE ("City"), by and through their respective counsel of record, hereby stipulate and request that this Court approve the stipulation as set forth below:

1.      Plaintiff voluntarily dismisses the First Cause of Action – Excessive Force Fourth and Fourteenth Amendments to the U.S. Constitution; 42 § U.S.C. 1983 - against Defendant City, without prejudice. The First Cause of Action shall remain pending, if applicable, against any other defendants not privy to this stipulation; and

JOINT STIPULATION TO DISMISS FIRST CAUSE OF ACTION AND STRIKE CLAIM FOR PUNITIVE DAMAGES AGAINST DEFENDANT CITY OF RIVERSIDE

2.      Plaintiff agrees not to seek, and hereby withdraws, any request for punitive damages against Defendant City. This request for relief, if applicable, shall remaining against any other defendants not privy to this stipulation.

**IT IS SO STIPULATED.**

DATED:  July 28, 2026                OFFICE OF THE CITY ATTORNEY

By: _____

_____
AISHA C. NOVASKY[1]
Attorneys for Defendant
CITY OF RIVERSIDE

DATED: July 28, 2026                **LAW OFFICE OF PETER BIBRING**

By:  /s/ Peter Bibring_____
Peter Bibring
Attorney for Plaintiff
ISAAC AMBRIZ

_____

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

CITY ATTORNEY'S OFFICE
3750 UNIVERSITY AVE, STE. 250
RIVERSIDE, CALIFORNIA 92501
(951) 826-5567

JOINT STIPULATION TO DISMISS FIRST CAUSE OF ACTION AND STRIKE CLAIM FOR PUNITIVE DAMAGES AGAINST DEFENDANT CITY OF RIVERSIDE