JAMES ALLEN JOHNSON, City Attorney, SBN 234962
REBECCA L. MCKEE-REIMBOLD, Assistant City Attorney, SBN 279485
HEATHER K. GRAY, Sr. Deputy City Attorney, SBN 222918
AISHA C. NOVASKY, Deputy City Attorney, SBN 328120
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone: (951) 826-5567
Facsimile: (951) 826-5540
anovasky@riversideca.gov
blue@riversideca.gov

Attorneys for Defendant CITY OF RIVERSIDE,
a California charter city and municipal corporation
(erroneously sued as CITY OF RIVERSIDE, a municipal entity)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC E. AMBRIZ<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF RIVERSIDE, a municipal entity; and DOES 1 to 2, in their individual capacity,<br><br>      Defendants. | Case No.: 8:26-CV-1522-JWH<br><br>**[PROPOSED] ORDER**<br><br>Complaint Filed: June 15, 2026<br>Trial Date:    None Set |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

    1.    The First Cause of Action against Defendant CITY OF RIVERSIDE is dismissed without prejudice; and

    2.    Plaintiff's claim for punitive damages against Defendant CITY OF RIVERSIDE is stricken and shall not be pursued.

IT IS SO ORDERED.

Dated: _____                    _____
                                           UNITED STATES DISTRICT JUDGE