# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC E. AMBRIZ<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF RIVERSIDE, a municipal entity; and DOES 1 to 2, in their individual capacity,<br><br>    Defendants. | Case No.: 8:26-cv-01522-JWH-PVC<br><br>**ORDER**<br><br>Complaint Filed: June 15, 2026<br>Trial Date:         None Set |

Pursuant to the parties' stipulation, it is hereby **ORDERED** as follows:

1.    The claim for relief against Defendant CITY OF RIVERSIDE is **DISMISSED without prejudice**.

2.    Plaintiff's claim for punitive damages against Defendant CITY OF RIVERSIDE is **STRICKEN** and shall not be pursued.

**IT IS SO ORDERED.**

Dated: ___July 29, 2026___

John W. Holcomb
UNITED STATES DISTRICT JUDGE