Peter Bibring, SBN 223981
peter@bibringlaw.com
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd. #203
Los Angeles, CA 90026
(213) 471-2022

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ISAAC E. AMBRIZ,

PLAINTIFF,

v.

CITY OF RIVERSIDE, *et al.*,

DEFENDANTS.

Case No. 8:26-cv-01522-JWH-PVC

**EXHIBIT A TO JOINT DISCOVERY REPORT PURSUANT TO RULE 26(f)**

# EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| | |
|---|---|
| **Case No.:** | 8:26-cv-01522-JWH-PVC |
| **Case Name:** | Ambriz v. City of Riverside |

| **Event** | **Plaintiff's Request month/day/year** | **Defendant's Request month/day/year** | **Court's Order** |
|---|---|---|---|
| ☑ Jury Trial or ☐ Bench Trial (Monday at 9:00 a.m.) Length: 5 days | 1/10/2028 | 1/10/2028 | |
| Final Pretrial Conference [L.R. 16] (Friday-17 days before trial date) | 12/17/2027 | 12/17/2027 | |
| Hearing on Motions in Limine (Friday-7 days before Final PTC) | 11/19/2027 | 11/19/2027 | |
| Last Date to Hear Non-Discovery Motions | 9/24/2027 | 9/24/2027 | |
| Last Date to Conduct Settlement Conference | 10/22/2027 | 10/22/2027 | |
| All Discovery Cut-Off (including hearing all discovery motions) | 7/9/2027 (incl. expert) | 7/9/2027 | |
| Expert Disclosure (Rebuttal) | 6/25/2027 | 6/25/2027 | |
| Expert Disclosure (Initial) | 6/11/2027 | 6/11/2027 | |

ADR [L.R. 16-15] Settlement Choice:

☐ Attorney Settlement Officer Panel

☐ Private Mediation

☑ Magistrate Judge