Peter Bibring, SBN 223981
peter@bibringlaw.com
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd. #203
Los Angeles, CA 90026
(213) 471-2022

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAAC E. AMBRIZ,<br>PLAINTIFF,<br>v.<br>CITY OF RIVERSIDE, *et al.*,<br>DEFENDANTS. | Case No. 8:26-cv-01522-JWH-PVC<br>**NOTICE OF LODGING OF PROPOSED STIPULATED PROTECTIVE ORDER** |

TO THE HONORABLE COURT, DEFENDANTS, AND THEIR COUNSEL OF RECORD: Plaintiff ISAAC E. AMBRIZ hereby lodges the parties' proposed Stipulated Protective Order.

Dated: October 2, 2026

Respectfully submitted,

LAW OFFICE OF PETER BIBRING

By: ____________________
Peter Bibring

*Attorney for Plaintiff*