NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Aisha C. Novasky - Deputy City Attorney, SBN 328120
OFFICE OF THE CITY ATTORNEY -City of Riverside
3750 University Ave., Suite 250
Riverside, CA 92501
951-826-5567

ATTORNEY(S) FOR: Defendant City of Riverside

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAAC E. AMBRIZ<br>Plaintiff(s),<br>v.<br>CITY OF RIVERSIDE, a municipal entity; and DOES 1 to 2, in their individual capacity,<br>Defendant(s) | CASE NUMBER:<br>8:26-CV-1522-JWH<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant City of Riverside or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ISAAC E. AMBRIZ | Plaintiff |
| City of Riverside, a municipal entity | Defendant |
| DOES 1 to 2, in their individual capacity | Defendant |

10/7/2026
Date

*Aisha C. Novasky*
Signature

Attorney of record for (or name of party appearing in pro per):

City of Riverside